Elizabeth S. Ashley, Esq.
California State Bar No. 130711
**ASHLEY LAW GROUP**
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone: (702) 837-6605
Facsimile: (702) 837-5266
Email: elizabeth@ashleylawgroup.com
Attorney for Defendants
Terrell Moran and Terrell Moran, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Concrete Washout Systems, Inc., a California corporation, | CASE NO. : 2:14-CV-00830-WBS-CKD |
| Plaintiff, | **STIPULATION TO SET ASIDE THE REQUEST FOR ENTRY OF DEFAULT AND DEFAULT** |
| vs. | |
| Terrell Moran, Inc., TMI Services Trucks & Equipment Rentals LLC, TMI Concrete Washout Trucks & Equipment Rentals LLC, Terrell Moran, Todd Termini, and Does 1 – 100, | Honorable William B. Shubb Senior U.S. District Judge |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED THAT Plaintiff, Concrete Washout Systems, Inc., by and through its counsel of record, Brian R. Katz, Esq., and Defendants, Terrell Moran and Terrell Moran, Inc., by and through their counsel of record, Elizabeth S. Ashley, Esq. of the Ashley Law Group, request that the Court set aside the request for entry of default filed with the Court on July 11, 2014 and the default entered by this Court on July 16, 2014 against Defendants Terrell Moran and Terrell Moran, Inc. There have been no previous requests or

///
///
///
///
///

stipulations by and between the parties in this regard. The parties agree that the Defendants, Terrell Moran and Terrell Moran, Inc. will have until August 8, 2014 to file an answer to the complaint in the matter.

DATED this 30th day of July, 2014

**ASHLEY LAW GROUP**

By: _/s/Elizabeth S. Ashley_____
Elizabeth S. Ashley, Esq.
California State Bar No. 130711
1880 E. Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Attorney for Defendants
Terrell Moran and Terrell Moran, Inc.

DATED this 30th day of July, 2014

**BRIAN R. KATZ, ESQ.**

By: _/s/Brian R. Katz_____
Brian R. Katz, Esq.
California State Bar No. 88895
4364 Town Center Boulevard, Suite 207
El Dorado Hills, California 95762
Attorney for Plaintiff
Concrete Washout Systems, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:  August 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE