Elizabeth S. Ashley, Esq.
California State Bar No. 130711
Nevada Bar No. 7501
**ASHLEY LAW GROUP**
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone:  (702) 837-6605
Facsimile:   (702) 837-5266
Email: elizabeth@ashleylawgroup.com
Attorney for Defendants
Terrell Moran and Terrell Moran, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Concrete Washout Systems, Inc., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Terrell Moran, Inc., TMI Services Trucks & Equipment Rentals LLC, TMI Concrete Washout Trucks & Equipment Rentals LLC, Terrell Moran, Todd Termini,  and Does 1 – 100, <br><br> Defendants. | CASE NO.   :    2:14-CV-00830-WBS-CKD <br><br> **ORDER GRANTING REQUEST BY  DEFENDANTS' COUNSEL ELIZABETH S. ASHLEY FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE HEARING** <br><br> DATE       :    October 14, 2014 <br> TIME        :    2:00 p.m. <br><br> Honorable William B. Shubb <br> Senior U.S. District Judge |

Pursuant to the written request by Elizabeth S. Ashley, counsel for Defendants Terrell Moran and Terrell Moran, Inc., to appear telephonically at the Status Conference hearing on October 14, 2014, this Court hereby grants such request.

The courtroom deputy shall e-mail counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.
Dated:  September 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER TO APPEAR TELEPHONICALLY AT THE OCTOBER 14, 2014 STATUS CONFERENCE

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of September, 2014, I caused the foregoing **ORDER GRANTING REQUEST BY DEFENDANTS' COUNSEL ELIZABETH S. ASHLEY FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE HEARING** to be submitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, and at the same time I sent a copy of the document by U.S. Mail, postage prepaid as follows:

Brian R. Katz, Esq.
4364 Town Center Boulevard, Suite 207
El Dorado Hills, Ca 95762

Attorney for Concrete Washout Systems, Inc.

_____
An Employee of the
**ASHLEY LAW GROUP**