Elizabeth S. Ashley, Esq.
California State Bar No. 130711
Nevada Bar No. 7501
**ASHLEY LAW GROUP**
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone:  (702) 837-6605
Facsimile:   (702) 837-5266
Email: elizabeth@ashleylawgroup.com
Attorney for Defendants
Terrell Moran and Terrell Moran, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Concrete Washout Systems, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Terrell Moran, Inc., TMI Services Trucks & Equipment Rentals LLC, TMI Concrete Washout Trucks & Equipment Rentals LLC, Terrell Moran, Todd Termini, and Does 1 – 100,<br><br>Defendants. | CASE NO.   :    2:14-CV-00830-WBS-CKD<br><br>**ORDER GRANTING REQUEST BY  DEFENDANTS' COUNSEL ELIZABETH S. ASHLEY FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE FEBRUARY 9, 2015,  HEARING ON MOTION  TO DISMISS COMPLAINT BY DEFENDANTS TRUCKS AND EQUIPMENT AND TRUCKS  AND MACHINERY**<br><br>DATE       :     February 9, 2015<br>TIME        :     2:00 p.m.<br><br>Honorable William B. Shubb<br>Senior U.S. District Judge |

Pursuant to the written request by Elizabeth S. Ashley, counsel for Defendants Terrell Moran and Terrell Moran, Inc., to appear telephonically at the hearing on the motion to dismiss complaint by defendants Trucks and Equipment and Trucks and on February 9, 2015, and good cause appearing, the Court hereby grants such request.

The courtroom deputy shall e-mail counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: February 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
PROPOSED ORDER TO APPEAR TELEPHONICALLY AT THE FEBRUARY 9, 2015 HEARING