1
2
3
4
5
6
7

Elizabeth S. Ashley, Esq.
California State Bar No. 130711
Nevada Bar No. 7501
**ASHLEY LAW GROUP**
1880 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone:  (702) 837-6605
Facsimile:  (702) 837-5266
Email: elizabeth@ashleylawgroup.com
Attorney for Defendants
Terrell Moran and Terrell Moran, Inc.

**ASHLEY LAW GROUP**
**1880 EAST WARM SPRINGS ROAD, SUITE 130**
**LAS VEGAS, NEVADA 89119**
**(702) 837-6605**

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

9
10
11
12
13
14
15
16
17
18

Concrete Washout Systems, Inc.,
a California corporation,

                              Plaintiff,

vs.

Terrell Moran, Inc., TMI Services
Trucks & Equipment Rentals LLC,
TMI Concrete Washout Trucks &
Equipment Rentals LLC, Terrell
Moran, Todd Termini,  and
Does 1 – 100,

                              Defendants.

) CASE NO.   :   2:14-CV-00830-WBS-CKD
)
) **ORDER GRANTING REQUEST**
) **BY  DEFENDANTS' COUNSEL**
) **ELIZABETH S. ASHLEY FOR**
) **PERMISSION TO APPEAR**
) **TELEPHONICALLY AT THE**
) **FEBRUARY 23, 2015, STATUS**
) **CONFERENCE  HEARING**
)
) DATE        :    February 23, 2015
) TIME        :    2:00 p.m.
)
) Honorable William B. Shubb
) Senior U.S. District Judge
)

19
20
21
22
23
24
25
26
27
28

        Pursuant to the written request by Elizabeth S. Ashley, counsel for Defendants Terrell Moran and Terrell Moran, Inc., to appear telephonically at the status conference hearing on February 23, 2015, and good cause appearing, the Court hereby grants such request.

        The courtroom deputy shall e-mail counsel with instructions on how to participate in the telephone conference call.

        IT IS SO ORDERED.
Dated:  February 13, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1